Gregory J. Marshall (#019886)
Erica J. Stutman (#029664)
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
gmarshall@swlaw.com
estutman@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Hocker and Heather Hocker, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Home Mortgage, Inc., a California corporation, now known as Wells Fargo Bank, a national association; John Does I-X, Jane Does I-X, Black Corporations I-X, White Partnership I-X and Red Limited Liability Companies I-X,<br>Defendants. | No. 4:18-cv-00309-TUC-BGM<br><br>**NOTICE OF PENDING MOTION TO DISMISS** |

Pursuant to Local Rule 7.2(n), Wells Fargo Bank, N.A. inquires as to the status of its pending Motion to Dismiss, filed June 29, 2018, [ECF 7].  Plaintiffs filed their Response to Motion to Dismiss on July 13, 2018 [ECF 10], and Wells Fargo filed its Reply Supporting Motion to Dismiss on July 27, 2018, [ECF 14].

/././

/././

/././

\4813-5098-8423

1  DATED this 5th day of February, 2019.

2                                              SNELL & WILMER L.L.P.

4                                      By: *s/ Erica J. Stutman*
                                              Gregory J. Marshall
5                                             Erica J. Stutman
                                              One Arizona Center
6                                             400 E. Van Buren, Suite 1900
                                              Phoenix, Arizona  85004-2202

7                                      *Attorneys for Defendant*
                                       *Wells Fargo Bank, N.A.*

\4813-5098-8423

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and mailed a copy of same to the following if non-registrants on this 5th day of February, 2019:

John Hocker
Heather Hocker
495 Earl Drive
Seirra Vista, Arizona 85636
Email: hockers@cox.net

*Pro Se*

*s/ Jacquelynn Lundgren*

\4813-5098-8423